UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SALIK BEY, TERREL JOSEPH, STEVEN SEYMOUR, CLYDE PHILLIPS,

                            Plaintiffs,

-against-

CITY OF NEW YORK, DANIEL NIGRO, FDNY, SHENECIA BEECHER AND KAREN HURWITZ, JOHN AND JANE DOES 1-10,

                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

18 CV 4655 (JWB)(SJB)

**PLEASE TAKE NOTICE** that, upon the Statement of Undisputed Facts pursuant to Rule 56.1 of the Local Rules, dated August 15, 2019; the Declaration of Andrea O'Connor in Support of Defendants' Motion for Summary Judgment, dated August 15, 2019, and the exhibits annexed thereto; and Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated August 15, 2019, and upon all prior pleadings and proceedings herein, defendants will move this Court, before the Honorable Jack B. Weinstein, United States District Judge, Eastern District of New York, at the courthouse thereof, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on September 12, 2019 at 10:30 a.m., for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to defendants, dismissing the complaint in its entirety, dismissing all claims in this action, entering judgment for the defendants, and granting defendants costs, fees, and disbursements together with such other and further relief as the Court may deem just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, plaintiff's opposition papers must be served and filed on or before August 22, 2019, and defendants' reply papers must be served and filed no later than September 5, 2019.

Dated:	New York, New York
	August 15, 2019

        **ZACHARY W. CARTER**
        Corporation Counsel of the
          City of New York
        Attorney for Defendants
        100 Church Street, Room 2-104
        New York, New York  10007
        (212) 356-4015
        aoconnor@law.nyc.gov

By:	/s/
	Andrea O'Connor
	Assistant Corporation Counsel

TO:	Aymen A. Aboushi (By ECF)
	The Aboushi Law Firm
	1441 Broadway, 5th Floor
	New York, New York 10018

Docket No. 18 CV 4655 (JWB)(SJB)

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SALIK BEY, TERREL JOSEPH, STEVEN SEYMOUR, CLYDE PHILLIPS,

                                                                              Plaintiffs,

-against-

CITY OF NEW YORK, DANIEL NIGRO, KAREN HURWITZ, SHENECIA BEECHER, FDNY, JOHN AND JANE DOES 1-10,

                                                                              Defendants.

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-104
New York, N.Y.  10007

  *Of Counsel:  Andrea O'Connor*
  *Tel:  (212) 356-4015*

---

*Due and timely service is hereby admitted.*

*New York, N.Y.  ............................................................, 20......*

*............................................................................... , Esq.*

*Attorney for ...................................................................*