UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

IN RE- CIVIL CASES                                        REASSIGNMENT ORDER

---------------------------------------------------X

Effective immediately, the Clerk of Court is requested to reassign the following cases-:

CV06-1329
CV14-0188
CV14-1142
CV15-1046
CV15-6236
CV15-6237
CV15-6238
CV16-0420
CV16-3300
CV16-3330
CV16-3465
CV16-3500
CV17-0785
CV17-1015
CV17-5142
CV17-5357
CV17-5736
CV17-6356
CV18-0983
CV18-1312
CV18-1446
CV18-4203
CV18-4333
CV18-4405
CV18-4459
CV18-4655
CV18-4823
CV18-4834
CV18-4934
CV18-4958
CV18-5090
CV18-5109

CV18-5214
CV18-5448
CV18-5486
CV18-5614
CV18-5650
CV18-5663
CV18-5719
CV18-5843
CV19-1095
CV19-1557
CV19-1734
CV19-1780
CV19-1809
CV19-1855
CV19-1909
CV19-1974
CV19-2000
CV19-2078
CV19-2095
CV19-2521
CV19-2533
CV19-2653
CV19-5152
CV19-6773
CV03-1508
CV09-1484
CV14-4090
CV15-2910
CV18-0163
CV18-5838
CV18-7048

I recuse myself in each of the above cases.

SO ORDERED

_Jack B. Weinstein_

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 2/10/2020