UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
Salik Bey, Terrell Joseph, Steven Seymour, and Clyde Phillips, :
                           Plaintiff, :
  -against- :
City of New York, Daniel Nigro, Karen Hurwitz, Shenecia Beecher, FDNY, John and Jane Does 1-10. :
                       Defendants. :
------------------------------------------------------------------ X

Civ. No. 18-cv-4655 (JBW)(SJB)

<u>Notice of Appeal</u>

    Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the memorandum, Order, Judgement, and Stay (ECF No. 67) of the United States District Court for the Eastern District of New York (Weinstein, J.) dated January 29, 2020 and entered on January 30, 2020.

Dated: New York, New York
       February 20, 2020

Respectfully submitted,

_____
Aymen A. Aboushi, Esq.

The Aboushi Law Firm
1441 Broadway, Fifth Floor
New York, NY 10018
Tel: 212: 391-8500
Fax: 212-391-8508
Email: Aymen@Aboushi.com
*Attorneys for Plaintiffs*

To: Corporation Counsel of the City of New York
   Ms. Andrea O'Connor, Esq., Senior Counsel
   Attorneys for Defendants
   100 Church Street
   New York, NY 10007

1