E.D.N.Y. – Bklyn
18-cv-4655
Komitee, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty.

Present:
> Robert D. Sack,
> Richard C. Wesley,
> Denny Chin,
> > *Circuit Judges.*

Salik Bey, et al.,

> *Plaintiffs-Appellees-Cross-Appellants*,

v.

20-456 (L),
20-650 (XAP)

City of New York, et al.,

> *Defendants-Appellants-Cross-Appellees.*

Appellants move for a stay, pending appeal, of enforcement of a district court order. Upon due consideration, it is hereby ORDERED that Appellants' motion is GRANTED. *See U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012) (per curiam). The Clerk of Court is directed to expedite the appeal. *See* Fed. R. App. P. 2.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/19/2020