Case 1:18-cv-04655-EK-SJB   Document 81   Filed 11/02/21   Page 1 of 1 PageID #: 3478

Clerk's Office
Filed Date:

11/02/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Salik Bey, Terrel Joseph, Steven Seymour,
Clyde Phillips,

          Plaintiffs,

    -against-

City of New York, Fire Commissioner Daniel A. Nigro,
New York City Fire Department, John and Jane
Doe 1-10, Karen Hurwitz, Shenecia Beecher,

          Defendants.
------------------------------------------------------------ X

JUDGMENT
18-cv-4655 (EK)

    A Mandate of the United State Court of Appeals for the Second Circuit having been filed on September 17, 2021, affirming in part and reversing in part the Judgment of the District Court; and an Order of Honorable Eric Komitee, United States District Judge, having been filed on November 2, 2021, directing the Clerk of Court to enter judgment and close this case; it is

    ORDERED and ADJUDGED that the Judgment of the District Court is affirmed in part and reversed in part; and that this case is closed.

Dated: Brooklyn, NY
       November 2, 2021

Douglas C. Palmer
Clerk of Court

By: /s/Jalitza Poveda
       Deputy Clerk